AO 245B (CASDRev. 02/18) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 30 2018

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |
| CARLOS ALBERTO DEL CID-JIMENEZ (1) | (For Offenses Committed On or After November 1, 1987) |
| See attached list of AKA names | Case Number: 18CR7077-JLS |

MARTIN MOLINA
Defendant's Attorney

**REGISTRATION NO.** 15927081

☐ -

THE DEFENDANT:

☒ admitted guilt to violation of allegation(s) No.   ONE (1)

☐ was found guilty in violation of allegation(s) No. _____ after denial of guilty.

Accordingly, the court has adjudicated that the defendant is guilty of the following allegation(s):

| **Allegation Number** | **Nature of Violation** |
|---|---|
| 1 | nv1, Committed a federal, state, or local offense |

Supervised Release is revoked and the defendant is sentenced as provided in page 2 through 3 of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

November 29, 2018
Date of Imposition of Sentence

HON. Janis L. Sammartino
UNITED STATES DISTRICT JUDGE

18CR7077-JLS

AO 245B (CASD Rev. 08/13) Judgment in a Criminal Case for Revocations

| DEFENDANT: | CARLOS ALBERTO DEL CID-JIMENEZ (1) | Judgment - Page 2 of 3 |
|---|---|---|
| CASE NUMBER: | 18CR7077-JLS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:
EIGHT (8) MONTHS CONSECUTIVE TO THE TERM OF IMPRISONMENT IMPOSED IN 18CR1568-JLS

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ A.M. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ on or before

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____ DEPUTY UNITED STATES MARSHAL

18CR7077-JLS

| | | |
|---|---|---|
| DEFENDANT: | CARLOS ALBERTO DEL CID-JIMENEZ (1) | Judgment - Page 3 of 3 |
| CASE NUMBER: | 18CR7077-JLS | |

UNITED STATES OF AMERICA
## V.

CARLOS ALBERTO DEL CID-JIMENEZ (1)

AKA CARLOS ALBERTO DEL CID-JIMENEZ

AKA CARLOS A DEL CID

AKA OSCAR VELENZVELZ

AKA NESTOR D JIMENEZ

AKA C ALBERTO JIMENEZ

AKA ALBERTO DEL CID JIMENEZ

AKA CARLOS HUMBERTO LOPEZ MATA

AKA WILBUR CRUZ

AKA CARLOS DEL CID JIMINEZ

AKA JUAN CARLOS VILLALOVOS

AKA CARLOS DEL CID JIMENEZ

AKA RICARDO LEMUS

AKA RICARDO ORELLANA LEMUS

AKA OSCAR VALENZUELA

AKA ELMER ALBERTO ENRIQUEZ

AKA CARLOS OVELLIZNZ LEMUS

AKA FERNANDO JIMENEZ

AKA CARLOS ALBERTO MATA